UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL R. WEATHERFORD,

    Petitioner,

v.                                              Case No. 2:03-cv-272
                                              HON. ROBERT HOLMES BELL

BARBARA BOUCHARD,

    Respondent.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on. The Report and Recommendation was duly served on the parties. The Court has received objections from the petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

        Petitioner has filed objections to the Report and Recommendation arguing that the evidence used to convict him of his prison misconduct ticket was insufficient to support the conviction. Petitioner relies upon *Wolff v. McDonnell*, 418 U.S. 539, 564-66 (1974), to support his claim that his federal rights were violated during the misconduct proceeding. Petitioner received due process as required by *Wolff*. Petitioner's claims lack merit.

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.


Date:    March 3, 2006        /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      CHIEF UNITED STATES DISTRICT JUDGE